JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| GONZALO J. CASTILLO, | Case No. CV 21-08736-MEMF (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LARRY ART MARTINEZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

Dated: January 24, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge